# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

STATE OF FLORIDA,

Appellant,

v.

BRYAN LEONARD REDDING, JR.,

Appellee.

No. 2D2025-1314

_____

May 6, 2026

Appeal from the County Court for Sarasota County; David L. Denkin, Judge.

James Uthmeier, Attorney General, Tallahassee, and Allison C. Heim, Assistant Attorney General, Tampa, for Appellant.

Blair Allen, Public Defender, and Steven L. Bolotin, Assistant Public Defender, Bartow, for Appellee.


PER CURIAM.

Affirmed.

LaROSE, ROTHSTEIN-YOUAKIM, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.